Magistrate Judge Vaughan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JESUS GUADALUPE SANCHEZ, <br><br> Defendant. | CASE NO. MJ21-641 <br><br> COMPLAINT for VIOLATION <br><br> Title 18, U.S.C. Section 922(g) |

BEFORE S. Kate Vaughan, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about November 9, 2020, in Skagit County, Washington, within the Western District of Washington, JESUS GUADALUPE SANCHEZ, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR16-027 JLR, on or about January 9, 2017;

///

Complaint- 1
*United States v. Jesus Sanchez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

  ii. *Second Degree Assault*, in Skagit County Superior Court, under case number 12-1-00125-1, on or about June 5, 2014;

  iii. *Unlawful Firearm Possession*, in Skagit County Superior Court, under case number 12-1-00125-1, on or about June 5, 2014;

  iv. *Third Degree Assault*, in Skagit County Superior Court, under case number 12-1-00125-1, on or about June 5, 2014;

  v. *Third Degree Assault*, in Skagit County Superior Court, under case number 12-1-00125-1, on or about June 5, 2014; and

  vi. *First Degree Robbery*, in Snohomish County Superior Court, under case number 01-1-02307-6, on or about January 10, 2002;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a black Smith & Wesson Airweight .38 Special revolver, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

The undersigned complainant being duly sworn further states:

## COMPLAINANT'S BACKGROUND

1. I, Terry A. Getsch, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I am assigned to the Bellingham, Washington FBI Office, and I have been employed by the FBI as a Special Agent since July 2018. I am currently assigned to conduct federal criminal investigations in support of the FBI Seattle Safe Streets Task Force (SSSTF) and FBI Northwest Washington Safe Trails Task Force (NWSTTF). I was previously employed from 2014 to 2018 as a municipal Police Officer and Detective in the state of Georgia, and I have completed the Indian Country Basic Investigator Training Program held by the Bureau of Indian Affairs. In my time as a law enforcement officer, I have participated in numerous criminal investigations involving but not limited to assaults, shootings, thefts, drug crimes, drug trafficking crimes and offences related to the unlawful use and possession of firearms and ammunition.

///

Complaint- 2
*United States v. Jesus Sanchez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

2. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of cooperating witnesses, review of documents and records related to this investigation, communication with others who have personal knowledge of events and circumstances described herein, and information gained through my training and experience. Because this affidavit is made for the limited purpose of establishing probable cause for an arrest warrant, it does not set forth each and every fact that I have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that SANCHEZ has committed the listed criminal offence.

3. This complaint and affidavit are being presented electronically pursuant to Local Criminal Rule CrR 41(d)(d).

## SUMMAR OF PROBABLE CAUSE

4. SANCHEZ was convicted on January 9, 2017, of being a Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. § 922(g), and sentenced to 38 months' imprisonment and a three-year period of supervised release. Supervision commenced on July 3, 2019. Prior to the 2017 conviction, SANCHEZ sustained several other convictions for which he was sentenced to terms of imprisonment of more than a year. On November 9, 2020, Officers with the Swinomish Police Department ("SPD") stopped SANCHEZ for driving with a non-functioning headlight, in violation of Swinomish Traffic Code, and found a firearm underneath SANCHEZ's backpack in the back of his car.

## PROBABLE CAUSE

*Swinomish Police Stop SANCHEZ, Find a Stolen Smith & Wesson .38 Revolver*

5. On November 9, 2020, Officers Devan Lord and Brian Geer of the Swinomish Police Department conducted a traffic stop in Skagit County along eastbound SR 20 near Mile Post 52 and encountered SANCHEZ driving with a non-functioning front headlight in violation of Swinomish Traffic Code. SANCHEZ appeared very nervous and did not have any required documentation but provided his name to the officers. The officers

Complaint- 3
*United States v. Jesus Sanchez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

noticed one earbud-style headphone in SANCHEZ's ear and SANCHEZ told the officers that he was on the phone with his girlfriend. The officers confirmed SANCHEZ's identity using a Washington State Department of Licensing database and determined that SANCHEZ had been driving with a suspended/revoked license and that SANCHEZ was a convicted felon. Officers temporarily detained SANCHEZ in the back seat of one of the officer's vehicle. A few minutes later another vehicle arrived with the occupant claiming to be SANCHEZ's girlfriend. She asked the officers a few questions and stated that SANCHEZ was going through a rough time using drugs. She admitted that she had been inside SANCHEZ's vehicle just minutes prior to the traffic stop.

6. Shortly thereafter K9 Officer Zachary Wright of the Mount Vernon Police Department and his K9 partner conducted an open-air sniff of the vehicle. Officer Wright advised that the K9 had alerted to the odor of narcotics, and the vehicle was impounded at the SPD impound lot. At that time SANCHEZ was released and departed with his girlfriend.

7. On November 10, 2020, SPD obtained and executed a search warrant on the vehicle. During the search the officers found a plastic bag containing 6.47 grams of suspected methamphetamine underneath the front seat, a wallet in the middle console containing SANCHEZ's Washington State identification and $194 cash, and a backpack on the passenger rear floor. The backpack contained an earbud-style headphone matching the one used by SANCHEZ at the time of the traffic stop and a glass pipe with a heavy amount of suspected methamphetamine residue. When the officers moved the backpack, they saw a black handgun on the passenger rear floorboard. The officers immediately sealed the vehicle and closed the impound garage while they amended the search warrant to include the firearm. Upon approval from the on-call judge, the officers resumed their search and identified the handgun as a black Smith & Wesson Airweight .38 Special revolver handgun ("the revolver") with serial number BRU5796 and found that it was loaded with five rounds of .38 Caliber +P ammunition ("the ammunition"). The revolver and ammunition were seized and entered into the SPD evidence lockers. A database check on the revolver identified it as stolen out of Montana.

Complaint- 4
*United States v. Jesus Sanchez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

*SANCHEZ Flees to Mexico*

8. Following the traffic stop, SANCHEZ's Federal Probation Officer obtained a Federal Probation Violation Warrant for SANCHEZ. Skagit County and the United States Marshals Service attempted to locate and arrest SANCHEZ, but their attempts were unsuccessful. Investigators received a tip that SANCHEZ had fled the United States to Mexico in an effort to abscond from any criminal charges arising from the traffic stop. The FBI worked with Mexican authorities to locate SANCHEZ, who was deported from Mexico back to the United States and detained pending a hearing on allegations that he violated the terms of his supervised release.

*Laboratory Analysis Indicates Strong Likelihood that SANCHEZ's DNA Contributed to DNA Found on the Revolver*

9. On November 16, 2020, the ammunition and the revolver were transferred from SPD custody and entered into FBI evidence in Seattle, Washington. On or about November 17, 2020, the revolver and the ammunition were sent to the FBI Laboratory for Deoxyribose Nucleic Acid ("DNA") analysis and latent print examination. Because SANCHEZ had fled the country and the FBI did not possess a DNA sample from SANCHEZ to compare with any DNA found on the revolver, no comparison analysis was conducted.

10. On or about January 20, 2021, the FBI Latent Print Operations Unit completed the latent print examination of the revolver, but they were unable to identify any latent prints suitable for comparison on the firearm.

11. On or around July 22, 2021, SANCHEZ appeared in this District for an initial appearance regarding allegations of violations of supervised release. On August 10, 2021, the FBI sought and obtained a search warrant in this District for comparative DNA from SANCHEZ, case no. MJ21-459 MAT.

12. On August 19, 2021, the Seattle FBI executed the search warrant for SANCHEZ's DNA and obtained comparative DNA samples that were submitted to the FBI Laboratory for comparison to any DNA found on the revolver.

Complaint- 5
*United States v. Jesus Sanchez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

13. On or about November 17, 2021, the FBI DNA Casework Unit provided me a copy of their DNA analysis of the revolver. The lab identified that they collected two types of DNA from the revolver, and one of these DNA results was 260 quadrillion ($2.6 \times 10^{17}$) times more likely to be from SANCHEZ than from an unknown, unrelated person. The FBI Laboratory identified that this DNA comparison provides the highest level of support (very strong support) for inclusion of SANCHEZ DNA as a contributing source of the DNA located on the revolver.

*The ATF Confirms Interstate Nexus*

14. On November 18, 2020, Bureau of Alcohol Tobacco and Firearms Special Agent Catherine Cole conducted a preliminary review of photographs of the seized revolver and ammunition. SA Cole preliminarily identified that both the firearm and ammunition had been manufactured in other states outside of the state of Washington and had therefore traveled in or affected interstate commerce.

*Witness Testimony Corroborates Investigation*

15. On November 18, 2021, I interviewed SANCHEZ's girlfriend, hereafter referred to by the initials "V.A." to protect her identity. V.A. identified that she was currently and had been SANCHEZ's girlfriend since approximately July of 2019. On the day that the police pulled SANCHEZ over, SANCHEZ had picked V.A. up in LaConner, Washington and the two drove to the Swinomish Casino to gamble by themselves. SANCHEZ was driving a car that V.A. did not believe SANCEHZ had used before. When SANCHEZ picked V.A. up, she noticed that he was acting like he was high on drugs. SANCHEZ was driving and V.A. was in the front right passenger seat. V.A. noticed something on the side of SANCHEZ's seat near the center console, and she thought it was the end of a small gun. She believed she saw the part where the bullets come out, but she was not certain it was a gun. V.A. confronted SANCEHZ about this because she knew that he could not have a gun because he was on federal probation. SANCHEZ denied that the item was a gun and said that the item and the car were not his. The two engaged in an argument, and SANCHEZ dropped V.A. off at the casino and left. After approximately 30

Complaint- 6
*United States v. Jesus Sanchez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

to 40 minutes at the casino, V.A. missed some phone calls from SANCHEZ before she accepted a call from him. SANCHEZ told V.A. he had been pulled over, and V.A. went to the traffic stop location and spoke to the officers there.

16. After they left the traffic stop, SANCHEZ and V.A. went back to their place in LaConner. SANCHEZ became frustrated and told V.A. that the police were going to think the gun was his, and they would not believe him that it wasn't. V.A. tried to convince SANCHEZ to contact his federal probation officer, but he didn't want to. SANCHEZ disappeared for a few days before the two eventually traveled to Mexico separately. Once in Mexico, SANCHEZ and V.A. met up in Sinaloa before SANCHEZ was arrested and deported by Mexican authorities.

17. I have reviewed law enforcement database records regarding SANCHEZ's criminal history; based on that review I know that SANCHEZ has the following convictions and that he received a term of imprisonment of at least one year for each.

   i. *Unlawful Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR16-027 JLR, on or about January 9, 2017;

   ii. *Second Degree Assault*, in Skagit County Superior Court, under case number 12-1-00125-1, on or about June 5, 2014;

   iii. *Unlawful Firearm Possession*, in Skagit County Superior Court, under case number 12-1-00125-1, on or about June 5, 2014;

   iv. *Third Degree Assault*, in Skagit County Superior Court, under case number 12-1-00125-1, on or about June 5, 2014;

   v. *Third Degree Assault*, in Skagit County Superior Court, under case number 12-1-00125-1, on or about June 5, 2014; and

   vi. *First Degree Robbery*, in Snohomish County Superior Court, under case number 01-1-02307-6, on or about January 10, 2002.

Complaint- 7
*United States v. Jesus Sanchez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## CONCLUSION

18. Based on my training and experience as a Special Agent and the information contained in this Affidavit, I submit that probable cause exists to believe that JESUS GUADALUPE SANCHEZ did knowingly transport or possess a firearm and ammunition that affected interstate commerce after he had been convicted in Federal court of a crime punishable by imprisonment for a term exceeding one year. All in violation of Title 18, United States Code, Section 922(g).

TERRY A. GETSCH, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to me by telephone, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this ___2nd___ day of December, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Complaint- 8
*United States v. Jesus Sanchez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970