JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-209 RSL |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| JESUS GUADALUPE SANCHEZ, | |
| Defendant. | |

Having considered the record and Mr. Sanchez's unopposed motion to continue the trial, the Court FINDS that for the reasons detailed in the unopposed motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the motion to continue the trial date to June 13, 2022 is GRANTED.

IT IS FURTHER ORDERED that the time between the date of the filing of the motion and the new trial date is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would counsel for the defendant and government counsel the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 28th day of January, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ David Hammerstad*
David Hammerstad
Counsel for Jesus Guadalupe Sanchez

Order Continuing Trial
*United States v. Sanchez*, CR21-209 RSL – 2