JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> JESUS GUADALUPE SANCHEZ, <br><br> Defendant. | NO. 21-209 RSL <br><br> ORDER ON UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE |

The Court, having reviewed the defendant's motion to extend motions deadline, and noting that the government has no objection, hereby EXTENDS the pretrial motion deadline from April 22, 2022 to May 13, 2022.

April 22, 2022

Date

*(signature)*

Hon. Robert S. Lasnik
United States District Court Judge