JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-209-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| JESUS GUADALUPE SANCHEZ, | |
| Defendant. | |

THE COURT has considered the *Ex Parte* Motion to Withdraw as Counsel and for Appointment of New Counsel, the accompanying *Ex Parte* Declaration, and the records in this case.

IT IS ORDERED that Assistant Federal Public Defender Colleen P. Fitzharris is permitted to withdraw as defense counsel in this matter and that new counsel shall be appointed to represent Jesus Sanchez from the CJA panel.

DATED this 4th day of August 2023.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*U.S. v. Sanchez,* CR21-209-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100